AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

For The _____ DISTRICT OF __Columbia__

MELVIN E. THOMAS
   Plaintiff

v.

EDWARD F. REILLY, JR. et al
   Defendants.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 07 1689

FILED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __MELVIN E. THOMAS__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant      [X] __28 USC 1983 Civil Action__
                                         other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: __To seek declaratory and injunctive relief for various injurious acts and violations of Due Process and the Ex Post facto Clause (Parole Matter)__

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   __I have been incarcerated since 1989 - I am paralyzed, confined to a wheelchair__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [X]
   d. (Gifts) or inheritances?                                 Yes [X]   No [ ]
   e. Any other sources?                                       Yes [ ]   No [X]

RECEIVED
AUG 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

My Son Sent $22.00

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 28, 2007__   _Melvin E. Thomas_
                (Date)              Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ .104 on account to his credit at the _U.S. Penitentiary in Terre Haute, Ind._ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _N/A_

I further certify that during the last six months the applicant's average balance was $ _22.21_

_p. Stewart, Correctional Counselor_
Authorized Officer of Institution

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia
AUG 27 2007
Received: Mail Room

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge   Date | _____  _____ <br> United States Judge   Date <br> or Magistrate |