UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS                           CIVIL ACTION NO. **07 1689**

    PLAINTIFF,


V.


EDWARD F. REILLY, JR. et al.,

    DEFENDANTS.

**Dear Clerk of the Court:**

    In accordance with the Courts order on September 14th 2007, that PLaintiff shall provide the Court with a certified copy of his inmate trust fund account statement (or institutional equvalent) for the six-month period immediately precding the filing of this complaint, plaintiff hereby submitts his certified copy or instituional equivalent of his trust fund account as ordered by the Court.


Date October 5, 2007                     Respectfully Submitted,

                                                             /s/ Melvin E. Thomas

                                                             MELVIN E. THOMAS

                                                             #03584-000

[PLEASE NOTE THE NEW ADDRESS ]           CORRECTIONAL COMPLEX

                                                             P.O. BOX 33

                                                            TERRE HAUTE, INDIANA

                                                                       47808

I, Melvin E. Thomas declare under the penalties of perjury.
EXECUTED ON October , 4th , 2007

DATE Oct. 4, 2007

SINCERELY,

*[signature: Melvin E. Thomas]*

MELVIN E. THOMAS

*I hereby certify this is my Trust fund account certification by penalty of Perjury*

*[signature: Melvin E. Thomas]*

10/4/07

VERIFICATION.

-END-

# Inmate Statement



| Inmate Reg #: | 03583-000 | Current Institution: | Terre Haute FCI |
| Inmate Name: | THOMAS, MELVIN | Housing Unit: | THP-D-A |
| Report Date: | 10/04/2007 | Living Quarters: | D01-131 H |
| Report Time: | 2:34:43 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 9/1/2007 5:33:47 PM | TFN0901 | | | Phone Withdrawal | ($10.00) | | $0.00 |
| THA | 9/1/2007 12:10:32 AM | GTHAD063 - 3669 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| THA | 9/1/2007 12:10:32 AM | GTHAD063 | | 3682 | PLRA Payment | ($2.60) | | $10.00 |
| THA | 8/27/2007 1:58:12 PM | 4 | | | Sales | ($7.55) | | $12.60 |
| THA | 8/26/2007 5:48:00 PM | TFN0826 | | | Phone Withdrawal | ($10.00) | | $20.15 |
| THA | 8/24/2007 7:38:58 PM | TFN0824 | | | Phone Withdrawal | ($10.00) | | $30.15 |
| THA | 8/24/2007 6:16:53 PM | TFN0824 | | | Phone Withdrawal | ($10.00) | | $40.15 |
| THA | 8/23/2007 5:18:47 AM | 70190001 | | | Lockbox - CD | $50.00 | | $50.15 |
| THA | 8/23/2007 5:18:47 AM | GTHAD063 - 3669 | | | Debt Encumbrance | | ($10.00) | -------- |
| THA | 8/21/2007 11:19:37 AM | GITS2CNV | | | Phone Rev With Rel | $0.05 | | $0.15 |
| THA | 7/31/2007 6:26:19 PM | 151 | | | Sales | $0.00 | | $0.10 |
| THA | 7/8/2007 6:26:23 PM | ITS0708 | | | Phone Withdrawal | ($4.00) | | $0.10 |
| THA | 7/1/2007 12:10:47 AM | GTHAD063 - 2987 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| THA | 6/22/2007 4:34:26 PM | ITS0622 | | | Phone Withdrawal | ($1.00) | | $4.10 |
| THA | 6/19/2007 5:16:23 PM | 69 | | | Sales | ($13.50) | | $5.10 |
| THA | 6/18/2007 5:42:33 PM | ITS0618 | | | Phone Withdrawal | ($2.00) | | $18.60 |
| THA | 6/16/2007 12:10:04 AM | GICD0507 - 2988 | | | Debt Encumbrance - Released | | $1.50 | -------- |
| THA | 6/16/2007 12:10:04 AM | GICD0507 - 2737 | | | Debt Encumbrance - Released | | $0.50 | -------- |
| THA | 6/16/2007 12:10:04 AM | GICD0507 | | | Inmate Co-pay | ($2.00) | | $20.60 |
| THA | 6/15/2007 1:13:45 PM | 33318507 | | | Western Union | $20.00 | | $22.60 |
| THA | 6/15/2007 1:13:45 PM | GICD0507 - 2988 | | | Debt Encumbrance | | ($1.50) | -------- |
| THA | 6/15/2007 1:13:45 PM | GTHAD063 - 2987 | | | Debt Encumbrance | | ($4.00) | -------- |
| THA | 6/6/2007 8:43:17 AM | 87 | | | Sales | ($3.90) | | $2.60 |
| THA | 6/1/2007 12:10:54 AM | GTHAD063 - 2713 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| THA | 5/22/2007 3:31:11 PM | GICD0507 - 2737 | | | Debt Encumbrance | | ($0.50) | -------- |
| THA | 5/21/2007 8:07:38 PM | ITS0521 | | | Phone Withdrawal | ($4.00) | | $6.50 |
| THA | 5/21/2007 6:18:57 PM | 108 | | | Sales | ($19.50) | | $10.50 |
| THA | 5/21/2007 4:17:47 PM | 33316607 | | | Western Union | $30.00 | | $30.00 |
| THA | 5/21/2007 4:17:47 PM | GTHAD063 - 2713 | | | Debt Encumbrance | | ($6.00) | -------- |
| THA | 5/12/2007 6:30:07 PM | ITS0512 | | | Phone Withdrawal | ($6.00) | | $0.00 |
| THA | 5/1/2007 12:10:40 AM | GTHAD063 - 2382 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| THA | 4/26/2007 5:34:37 PM | ITS0426 | | | Phone Withdrawal | ($6.00) | | $6.00 |
| THA | 4/21/2007 7:31:13 AM | ITS0421 | | | Phone Withdrawal | ($7.00) | | $12.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 4/21/2007 6:24:16 AM | ITS0421 | | Phone Withdrawal | ($9.00) | $19.00 |
| THA | 4/21/2007 12:10:14 AM | GICD0407 - 2383 | | Debt Encumbrance - Released | $2.00 | -------- |
| THA | 4/21/2007 12:10:14 AM | GICD0407 | | Inmate Co-pay | ($2.00) | $28.00 |
| THA | 4/20/2007 12:10:34 PM | 33314507 | | Western Union | $30.00 | $30.00 |
| THA | 4/20/2007 12:10:34 PM | GICD0407 - 2383 | | Debt Encumbrance | ($2.00) | -------- |
| THA | 4/20/2007 12:10:34 PM | GTHAD063 - 2382 | | Debt Encumbrance | ($6.00) | -------- |
| THA | 4/3/2007 6:09:21 PM | ITS0403 | | Phone Withdrawal | ($8.00) | $0.00 |
| THA | 4/3/2007 5:39:26 PM | ITS0403 | | Phone Withdrawal | ($2.00) | $8.00 |
| THA | 4/1/2007 12:10:38 AM | GTHAD063 - 1949 | | Debt Encumbrance - Released | $20.00 | -------- |
| THA | 4/1/2007 12:10:38 AM | GTHAD063 | 2018 | PLRA Payment | ($10.61) | $10.00 |
| THA | 3/14/2007 6:42:12 PM | ITS0314 | | Phone Withdrawal | ($2.00) | $20.61 |
| THA | 3/14/2007 5:16:02 PM | 81 | | Sales | ($52.80) | $22.61 |
| THA | 3/10/2007 5:22:11 PM | ITS0310 | | Phone Withdrawal | ($7.00) | $75.41 |
| THA | 3/9/2007 5:06:23 PM | ITS0309 | | Phone Withdrawal | ($18.00) | $82.41 |
| THA | 3/9/2007 4:17:03 PM | 33311507 | | Western Union | $100.00 | $100.41 |
| THA | 3/9/2007 4:17:03 PM | GTHAD063 - 1949 | | Debt Encumbrance | ($20.00) | -------- |
| THA | 3/3/2007 8:08:22 PM | ITS0303 | | Phone Withdrawal | ($6.00) | $0.41 |

1 2

**Total Transactions: 74**

**Totals:** ($21.19)   $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

*B. Stewart, Counselor*
*10/4/07*

THE STATEMENT FOR SEPTEMBER IS UNAVAILABLE AT THIS TIME. 41¢ SEPT TO OCT. 5

C. SWIFT - CASE MANAGER
812-244-4563
10/5/07