UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS,  :  CIVIL ACTION NO. 07 1689

    PLAINTIFF,

                                      :

V.

EDWARD F. REILLY, JR. et al.,

    DEFENDANTS.                       :

---

### PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Plaintiff, Melvin E. Thomas respectfully to request that the Court appoint him counsel to assist in properly proceeding before the Court in the above captioned matter. In support of his motion, plaintiff states the following:

1. That I am incarcerated at the United States Penitentiary at Terre Haute. Indiana, P.O. Box 33-47808 and I am proceeding in a <u>pro se</u> capacity. That I had some help in putting my complaint together but I do not have an attorney. That I am paralized and use a wheelchair.

2. The factual and legal issues that form the basis for my complaint are too complex for me to bring before the Court properly without attorney representation. Some of the issues invole the Due Process violations and the systematically targeting of plaintiff only because he is a District of Columbia prisoner, who is handicap for extensive set-off's using Federal Parole Rules to repeatedly deny plaintiff's request he has made for parole violating Ex Post Facto Clause, and the refusal to credit plaintiff for substantial

rehabilitation, violating the District of Columbia Board of Parole Ruel's and Regulations.

    3. Since the Court has a panel of attorneys that have agreed to represent indigent pro se parties on a pro bono basis, I respectfully requets the Court to aapoint an attorney or firm from the panel based upon the complexity of the case and my inability to properly bring the case without further legal assistance.

Date October 5, 2007

Respectfully Submitted,

Melvin E. Thomas

Melvin E. Thomas #03584-000
Federal Correctional Complex
P.O. Box 33
Terre Haute, Indiana
47808


    I hereby cerify that I have cause a copy of this motion to be mailed to the United Sates Attorneys Office at 555 4th ST. N.W. Civil Division, Wash. D.C. 20530, on this 5th day of October 2007.

Melvin E. Thomas