UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS            )
                            )
        V.                  )
                            )   Civil Action No. 07-1689 RMC
EDWARD REILLY, et al.,      )
                            )

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on December 4, 2007 from Unassigned (9098)

to Judge Collyer because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Collyer
& Courtroom Deputy