# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS<br>R# 3584-000<br>Terre Haute F.C.I.<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>                    Plaintiff,<br><br>          v.<br><br>EDWARD F. REILLY, JR.<br>Chairman of the United States<br>Parole Commission,<br><br>CRANSTON J. MITCHELL,<br>Commissioner of the United States<br>Parole Commission,<br><br>DEBRA A. SPANGOLI,<br>Commissioner,<br><br>PATRICIA K. CUSHWA,<br>Commissioner,<br><br>ISSAC FULWOOD, JR.<br>Commissioner<br><br>UNITED STATES<br>PAROLE COMMISSION<br>5550 Friendship Boulevard<br>Suite 420<br>Chevy Chase, MD 20815<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 07-1689 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above-captioned case.

        ____/s/_____
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

MELVIN E. THOMAS
R# 3584-000
Terre Haute F.C.I.
P.O. Box 33
Terre Haute, IN 47808

on this _____ day of January, 2008.

                                              ____/s/_____
                                              JOHN G. INTERRANTE
                                              Assistant United States Attorney
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              John.Interrante@usdoj.gov