UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| `<br>MELVIN E. THOMAS,<br>Register # 3584-000<br>Terre Haute F.C.I.<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>        Plaintiff,<br><br>        v.<br><br>EDWARD F. REILLY, JR., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1689 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

    Defendants respectfully request an extension of time of 60 days to, and including, May 6 2008, to an answer or otherwise respond to the complaint in this case, which alleges that the application of the United States Parole Commission's regulations pertaining to plaintiff's parole denials, instead of the defunct District of Columbia Board of Parole's guidelines, violates his constitutional rights under the ex post facto clause. The defendants' response to the complaint is due on March 7, 2008.  This is the defendants first request for an enlargement of time to file an answer or otherwise respond to the complaint.  Because plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

    Defendant requires additional time to confer and consult with the client agency prior to drafting an appropriate response to the complaint.  Plaintiff will not be prejudiced by this request because the issue raised in the complaint has also been raised in the following three cases pending

in this jurisdiction: (1) <u>Sellmon v. Reilly</u>, 06-1650 (ESH); (2) <u>Puifory v. Reilly</u>, 07-1007 (RCL) and (3) <u>Smith v. Reilly</u>, 07-1934 (RMC). Plaintiff attempted to intervene in the <u>Sellmon</u> case, but Judge Huvelle denied his request by Minute Order dated October 11, 2007. In addition, the <u>ex post facto</u> issue has been fully briefed in <u>Puifory</u> and briefing is substantially completed in <u>Sellmon</u>.

WHEREFORE, Defendant respectfully requests an enlargement of time of 60 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

MELVIN E. THOMAS
R# 3584-000
Terre Haute F.C.I.
P.O. Box 33
Terre Haute, IN 47808

on this 7th day of March, 2008.

                                            ____/s/_____
                                            JOHN G. INTERRANTE
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS,<br>Register # 3584-000<br>Terre Haute F.C.I.<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>        Plaintiff,<br><br>        v.<br><br>EDWARD F. REILLY, JR., <u>et al.</u>,<br><br>        Defendants. | Civil Action No. 07-1689 (RMC) |

**ORDER**

Upon Consideration of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants shall file an answer or otherwise respond to the complaint by May 6, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge