Melvin E. Thomas
Plaintiff,

v.

Edward F. Reilly Jr. et al.,
Defendants.

Civil No. 07-1689 (RMC)

Dear Clerk of The Court,

Please note for the record in Thomas v. Reilly Jr., et al., 07-1689 (RMC) That the following is the only accepted address:

Federal Correctional Complex
P.O. Box #33
Terre Haute, IN. 47808

and My Fed Reg # is #03584-000

Some of the papers from the Court and the recent enlargement of time from the Defendant have F.C.I Terre Haute which is another prison — And my number is incorrect as #3584-000. Please add the correct information to the record.

Thank you in advance.

Melvin E. Thomas

Date: 3-13-08

RECEIVED
MAR 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT