UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELVIN THOMAS )<br><br>Plaintiff, )<br><br>v. )<br><br>EDWARD F. REILLY, Chair, United States )<br>Parole Commission, et al. )<br><br>Defendants. ) | Civil Action No. 06-CV-1689 (RMC) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until June 23, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. In his complaint, Plaintiff seeks to compel Defendants to reconsider his parole application. An answer of other response is due on May 6, 2008.

2. Simultaneously herewith, the undersigned filed a Notice of Substitution of Counsel because the previously assigned attorney is out of the office for medical reasons.

3. Accordingly, the undersigned seeks the additional time in order to become acquainted with the issues presented and file an appropriate response.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

May 5, 2008                                Respectfully submitted,

                                                                     _/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          _/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                          _/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7157
                                          (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon *pro se* plaintiff at:

Melvin E. Thomas
Reg. No. 03584-000
FCI-Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, In 47808

on this 5th day of May, 2008.      __/s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney