UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MELVIN THOMAS ) | ) |
| Plaintiff, ) | Civil Action No. 07-CV-1689 (RMC) |
| v. ) | ) |
| EDWARD F. REILLY, Chair, United States Parole Commission, et al. ) | ) |
| Defendants. ) | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until July 7, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. In his complaint, Plaintiff seeks to compel Defendants to reconsider his parole application under the defunct District of Columbia Parole Board regulations. An answer or other response is due on June 23, 2008.

2. On May 5, 2008, the Honorable Ellen S. Huvelle issued an opinion in the matter of Sellmon v. Reilly, 06-1650 (ESH), where certain inmates were granted relief similar to that sought by Plaintiff. Defendants are in the process of reviewing Judge Huvelle's opinion and its implications for other cases such as Plaintiff's.

3. Accordingly, the undersigned seeks the additional time to confer further with Agency counsel about a response to Plaintiff's complaint.

    4.    Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

June 20, 2008                                        Respectfully submitted,

                                           /s/_____
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney

                                           /s/_____
                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Assistant United States Attorney

                                           /s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.  20530
                                           (202) 514-7157
                                           (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon *pro se* plaintiff at:

Melvin E. Thomas
Reg. No. 03584-000
FCI-Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, In 47808

on this 20th day of June, 2008.   __/s/_____
                                                 KENNETH ADEBONOJO
                                                 Assistant United States Attorney