UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN THOMAS )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>EDWARD F. REILLY, Chair, United States )<br>Parole Commission, et al. )<br>)<br>    Defendants. )<br>) | Civil Action No. 07-CV-1689 (RMC) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until July 21, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. In his complaint, Plaintiff seeks to compel Defendants to reconsider his parole application. An answer or other response is due on July 7, 2008.

2. Although a response to Plaintiff's complaint is nearing completion, the undersigned is still awaiting delivery of relevant documents from the United States Parole Commission.

3. The undersigned seeks the additional time to enable receipt of the required documents, to confer with Agency Counsel, and for submission of Defendants' response for supervisory review.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

July 3, 2008                                                 Respectfully submitted,

                                                                          /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                                          /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                                          /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon *pro se* plaintiff at:

Melvin E. Thomas
Reg. No. 03584-000
FCI-Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, In 47808

on this 3rd day of July, 2008.        __/s/_____
                                                            KENNETH ADEBONOJO
                                                            Assistant United States Attorney