UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELVIN THOMAS | ) |
| Plaintiff, | ) Civil Action No. 07-CV-1689 (RMC) |
| v. | ) |
| EDWARD F. REILLY, Chair, United States Parole Commission, et al. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until July 29, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Defendants' response to Plaintiff's complaint is due on July 21, 2008.

2. Although he requested additional documents from the United States Parole Commission several weeks ago, the undersigned only received the documents today.

3. The undersigned seeks this one week extension to review the documents submitted to ensure a fully responsive pleading and for submission for supervisory review and comment.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

July 18, 2008                                Respectfully submitted,

                                                _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon pro se plaintiff at:

Melvin E. Thomas
Reg. No. 03584-000
FCI-Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, In 47808

on this 18th day of July, 2008.    __/s/_____
                                                     KENNETH ADEBONOJO
                                                     Assistant United States Attorney