UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN THOMAS, Plaintiff, v. EDWARD F. REILLY, Chair, United States Parole Commission, et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-CV-1689 (RMC) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until August 1, 2008, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Defendants' response to Plaintiff's complaint is due on July 29, 2008.

2. Despite the undersigned's best efforts, Defendants' response to Plaintiff's complaint is only substantially complete. The undersigned has been unable to complete Defendants' response due to the press of business, including a Circuit brief in the matter of *Taylor v. Chao*, 07-5401, that was due today.

3. The undersigned seeks this brief extension until the end of this week to complete Defendants' response, to get Agency input, and to submit for supervisory review and comment.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

July 28, 2008                              Respectfully submitted,

    _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File an Answer or Other Response to be served by first class mail upon pro se plaintiff at:

Melvin E. Thomas
Reg. No. 03584-000
FCI-Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, In 47808

on this 28th day of July, 2008.   __/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney