UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD F. REILLY, Chair, United States )<br>Parole Commission, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1689 (RMC) |

## ORDER

Upon review of plaintiff's *pro se* Complaint and defendants' Answer, it is hereby

ORDERED that plaintiff's motion for appointment of counsel [Dkt. #7] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that, not later than **September 30, 2008**, each party shall submit a separate Report addressing the topics listed in Local Civil Rule 16.3(c) and a proposed scheduling order. The Clerk of Court shall mail to plaintiff a copy of Local Civil Rule 16.3 along with a copy of this Order. The parties are not required to confer. In the alternative, either party may file a dispositive motion.

SO ORDERED.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

Date: 18 Aug 2008