U.S. District Court
For The District Of
Columbia

---

MELVIN E. THOMAS,                 *        07-CV-1689 (RMC)
         Plaintiff,               *
                                  *
v.                                *        Let this be filed
                                  *        RM Colyer
Edward F. Reilly, et al.          *        14 Aug 2008
         Defendants.              *

## PLAINTIFFS' MOTION FOR ENLARGEMENT TO RESPOND TO DEFENDANTS ANSWER

Plaintiff Respectfully request an extension of time of which to respond or otherwise file an appropriate pleading to Defendants answer plaintiff recieved on August 11, 2008. Plaintiff has not requested any other extensions, and request one at this time only because the entire prison is on lock-down an has been for some time now (see attachments) the

Lockdown is exspected to continue thru out the remainder of the month, but no one really knows. Plaintiff cannot adequately reply or otherwise file his appropriate pleading because of his lack of access to the appropriate legal material and Typewriters' located in the prison Law Library.

  Plaintiff respectfully request that he be granted an extension of time up to and including September 17, 2008 for good cause shown.

       Respectfully Submitted,

       *Melvin E. Thomas*
       <u>Pro Se</u> Plaintiff
       MELVIN E. THOMAS
       USP Terre Haute
       P.O. Box 33
       Terre Haute, IN.
       47808

## Certificate Of Service

I, MELVIN E. Thomas certify that a copy of the forgoing Plaintiff's Request for Elargement of Time was written and Mailed by First Class mail upon Attorney for Defendant at:

555 Fourth St. N.W.
Washington, D.C.
20530

Date: August 11, 2008

Melvin E. Thomas

# INSTITUTIONAL UPDATE

# TO ALL USP INMATES

Due to the recreation yard incident, the USP has been placed on lockdown status. All institution operations will be run through normal lockdown procedures. The lockdown will remain in effect until it can be determined the situation is properly resolved.

In addition, due to the medical mission of the institution, it will be necessary for inmates to be escorted to medical for scheduled chronic care visits, scheduled medical consultation visits and scheduled outside medical appointments.

Additionally, it has been determined the bleachers on the recreation yard have been vandalized and have been used to manufacture weapons. Therefore, to increase the safety and security of the institution these bleachers will be removed, and if the vandalism continues to occur, **ALL** bleachers will be removed.

Unit televisions will remain on during the hours of 6am - 12am.

The units were afforded weekly commissary purchases of over the counter medication, stamps, hygiene items and batteries.

The lockdown laundry procedures were initiated, all units will have the opportunity to wash one bag of laundry, once a week.

As the information on the institution's operation changes, you will be notified.


_Aug 6, 2008_
Date

_H. J. Marberry_
H. J. Marberry
Complex Warden



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Terre Haute, Indiana*

---

Date: July 14, 2008

Reply To
Attn Of: Dennis K. Gaymon, Support Services Supervisor

Subject: **Laundry Bag Procedures for USP Lock Down**

To: All Concerned

Effective Monday, July 14, 2008 the following laundry rotation and procedures will be implemented at the USP. Laundry will be picked up as follows. (NLT-No later than)

**USP**

| Day | Date | | Units | Time |
|---|---|---|---|---|
| Tuesday, July 15, 2008 | Day 1 | A1 & B1 | NLT 6:00a.m (picked up prior evening when possible) |
| | | A2 & B2 | NLT 9:00a.m. |
| Wednesday, July 16, 2008 | Day 2 | C1 & D1 | NLT 6:00a.m (picked up prior evening when possible) |
| | | C2 & D2 | NLT 9:00a.m. |
| Thursday, July 17, 2008 | Day 3 | E1 & F1 | NLT 6:00a.m (picked up prior evening when possible) |
| | | E2 & F2 | NLT 9:00a.m. |
| Friday, July 18, 2008 | Day 4 | SHU/SCU | NLT 6:00a.m (picked up prior evening when possible) |

The only items allowed in the mesh laundry bags are institutional issued items **excluding blankets**. No personal items will be washed. If any bag contains sheets, blankets, or personal items it will not be washed. **Limit per bag is 3 each, Towels, Socks, Underwear, and T-Shirts and 1 each Khaki Shirt, Khaki Pants, and 2 each sheets.**

Place dirty laundry in issued mesh bag. Secure the bag with the slide toggle. If you do not have a slide toggle, tie your bag with the string ONCE. Make sure the bag is not too full or the clothes in it will not get properly cleaned or dry. DO NOT put bar soap in the bag or any other detergents. All the laundry will washed in 180° water with bleach and commercial, hospital grade detergent. Make sure your bag is properly marked with your name, unit, and cell assignment. DO NOT overly tie the top of your bag. Laundry staff will place rubber laundry bag fasteners on all the bags prior to them being placed in the washer. <u>If a bag is found to be excessively tied at the top or to have any other detergents in the bag, the bag will not be cleaned.</u>

The unit officer will pick up mesh laundry bags for inmates desiring to have their laundry cleaned, making sure that the bag is clearly marked with inmate name, number, and cell assignment.

The dirty laundry bags will then be picked up by laundry staff. The laundry will then be washed and dried in its mesh laundry bag and delivered back to the unit. It is then to be handed out by the unit officer.

**Not responsible for personal items**