# U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS  
      Plaintiff,  
V.  
Edward F. Reilly JR, et al.  
      Defendant.

Case No. 07-CV-1689 (RMC)

*Let this be filed*  
*Rosemary M Collyer*

DEAR CLERK,

I filed a motion for extension of time a few days ago. I request to add this new recent Wadens Memorandum to my motion, if it pleases the Court.

Thank you in Advance.

Date: August 13, 2008

Melvin E. Thomas  
Pro Se

Please note proper address:  
Federal Correctional Complex  
P.O. Box 33 USP  
Terre Haute, IN. 47808

**RECEIVED**  
AUG 1 8 2008  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

Office of the Warden

August 13, 2008

MEMORANDUM FOR USP INMATE POPULATION

FROM:   H. J. Marberry
        Complex Warden

SUBJECT:   **INSTITUTIONAL LOCKDOWN STATUS**

We continue the investigation of the incident which prompted the lockdown of the institution. The following is the anticipated schedule of events which will occur over the next several days to include the weekend.

- Area searches and interviews will continue.

- Inmates will be provided one hot meal each day.

- Unit televisions will remain on during the hours of 6am - 12am.

- Showers will be provided again on Friday, August 15, 2008. Inmates will be required to be prepared for escort to the showers upon staff arrival in the unit. Specifically, inmates must comply with search and restraint procedures in order for the shower process to run smoothly and allow all inmates an opportunity to shower.

I will continue to provide updates regarding the lockdown.